

No. 96–5679 (A–142). IN RE MATA. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 27, 1996

No. D–1693. IN RE DISBARMENT OF SHEFFEY. Disbarment entered. [For earlier order herein, see *ante*, p. 1015.]

No. D–1694. IN RE DISBARMENT OF COOK. Disbarment entered. [For earlier order herein, see *ante*, p. 1015.]

No. D–1707. IN RE DISBARMENT OF BARNETT. Elliott B. Barnett, of Delray Beach, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on August 5, 1996 [*ante*, p. 1038], is discharged.

No. D–1718. IN RE DISBARMENT OF LaRENE. N. C. Deday LaRene, of Detroit, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–9689. O'LEARY *v.* UNITED STATES, 516 U. S. 850;

No. 95–1530. GLAVEY *v.* DIME SAVINGS BANK OF NEW YORK, 517 U. S. 1221;

No. 95–1671. SOFFER *v.* QUEENS COLLEGE OF THE CITY UNIVERSITY OF NEW YORK, 517 U. S. 1245;

No. 95–1672. BLACK TELEVISION WORKSHOP OF LOS ANGELES, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante*, p. 1017;

No. 95–1881. WARE ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante*, p. 1017;

No. 95–1787. FLATLEY *v.* WHITMAN, GOVERNOR OF NEW JERSEY, ET AL., *ante*, p. 1019;

No. 95–1817. KORNMAN ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR DEPENDENT SON, KORNMAN *v.* BLUE CROSS/ BLUE SHIELD OF LOUISIANA, *ante*, p. 1007;